**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAHEEN GHANIN TASEER and
SHAHBAZ ALI TASEER,

    Plaintiffs,

  v.

AMERICAN AIRLINES, CITY AND
COUNTY OF SAN FRANCISCO, SAN
FRANCISCO POLICE DEPARTMENT, SAN
FRANCISCO CHIEF OF POLICE GREG
SUHR, OFFICER CUNNINGHAM (Badge
No. 236), OFFICER LEE (Badge No. 81), and
DOES 1–100, inclusive,

    Defendants.
                                                  /

No. C 11-03290 WHA

**ORDER STAYING CASE
AND SETTING CASE
MANAGEMENT CONFERENCE**

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

This matter will be **STAYED** until a further case management conference, now set for **APRIL 19, 2012, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 13, 2011.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE